LAW OFFICE OF BUCHSBAUM & HAAG, LLP
BRENT S. BUCHSBAUM, SBN#194816
brent@buchsbaumhaag.com
LAUREL N. HAAG, SBN #211279
laurel@buchsbaumhaag.com
100 Oceangate, Suite 100
Long Beach, CA 90802
Tel: (562) 733-2498
Fax: (562) 628-5501

JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

ROBERT C. RODRIGUEZ, SBN 305101
robert.rodriguez@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendant WALMART INC. (erroneously sued as WALMART STORES, INC.)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| BETTY REED, individually,<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:20-CV-11553-DSF-E<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

**TO THE HONORABLE COURT:**

In accordance with Local Rule 16-15.7, Plaintiff BETTY REED and Defendant WALMART INC. (erroneously sued as WALMART STORES, INC.) jointly submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 60 days in which to file the dismissal.

DATED:   January 29, 2021          BUCHSBAUM & HAAG, LLP


                                   By /s/ *Brent S. Buchsbaum*
                                   BRENT S. BUCHSBAUM
                                   LAUREL N. HAAG
                                   Attorney for Plaintiff
                                   Betty Reed


DATED:   January 29, 2021          OGLETREE, DEAKINS, NASH,
                                   SMOAK & STEWART, P.C.



                                   By: /s *Robert C. Rodriguez*
                                   JAMES T. CONLEY
                                   ROBERT C. RODRIGUEZ
                                   Attorneys for Defendant WALMART
                                   INC. (erroneously sued as WALMART
                                   STORES, INC.)

# ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

DATED: January 29, 2021

BUCHSBAUM & HAAG, LLP

By /s/ *Brent S. Buchsbaum*
BRENT S. BUCHSBAUM
LAUREL N. HAAG
Attorney for Plaintiff
Betty Reed