1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

10

BETTY REED,

Case No. 2:20-cv-11553 DSF (Ex)

11

                    Plaintiff,

*The Honorable Dale S. Fischer*

12

v.

13

WALMART STORES, INC., a Corporation;  and DOES 1-10 250, inclusive,

**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION PURSUANT TO FRCP, RULE 41 (a)(1)**

14
15
16

                    Defendants.

17
18

    GOOD CAUSE APPEARING AND ON ORDER OF THE COURT, THE

19

ABOVE MATTER, IN ITS ENTIRETY, IS DISMISSED WITH PREJUDICE.

20

    IT IS SO ORDERED.

21

 DATED:  March 18, 2021

22

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28